1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   MICHAEL J. VELASQUEZ,                    **1:18-cv-00053-MJS (PC)**

11                      Plaintiff,

                                             **ORDER GRANTING APPLICATION**
12          v.                               **TO PROCEED IN FORMA PAUPERIS**

13   PAM AHLIN, et al.,
                                             (ECF No. 2)
14                      Defendant.

15

16

17          Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42

18   U.S.C. § 1983.   Individuals detained pursuant to California Welfare and Institutions

19   Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the

20   Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

21          In the instant action, plaintiff filed an application to proceed in forma pauperis.

22   Examination of these documents reveals that plaintiff is unable to afford the costs of this

23   action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

24
     IT IS SO ORDERED.
25

26      Dated:   __January 17, 2018__         __/s/ *Michael J. Seng*__

27                                            UNITED STATES MAGISTRATE JUDGE

28
                                             1